**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

    Plaintiff,

v.                        CASE NUMBER: 2:22-CR-7

KODY YEDNAK

    Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Defendant Kody Yednak, by counsel, files this sentencing memorandum to assist the Court in exercising its discretion to impose the minimally sufficient sentence that achieves the statutory purposes of sentencing.

## History and Characteristics of the Defendant

At the time Cody committed this crime, he was 20 years old. He has never been arrested in his life, nor does he have any juvenile contacts with the law. Cody cooperated fully with the authorities during the investigation of this crime. He waved his Miranda rights and answered all their questions. Cody has done well while on pretrial release. He has abided by all his conditions and was also doing counseling on his own.

He is truly remorseful for his crime as set forth in his letter to the court attached as Exhibit A.  He has many good characteristics as set forth in the letters attached as Exhibit B.

A 15-year prison sentence, which is the mandatory minimum in this case, is more than sufficient to punish him for this crime. An additional 5 years would do nothing as far as punishment or rehabilitation for him. He would ask the court to allow him to self-surrender at the designated BOP facility.

WHEREFORE, based upon the foregoing, Kody Yednak respectfully requests this Court to sentence him to 15 years imprisonment, and to recommend that he be placed as close to his family as possible.

Date:  June 7, 2022

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:    s/ Matthew D. Soliday
                 Matthew D. Soliday
                 2929 Carlson Drive Suite 101
                 Hammond, IN  46323
                 Phone: (219) 937-8020
                 Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

        s/ Matthew D. Soliday