Dear, Honorable Philip P. Simon
Judge, United States District Court
5400 Federal plaza
Hammond IN 46320

Your Honor,
My name is Kody Yednak, I am writing to tell you a little about myself and my family. I grew up in a loving and nurturing family. I can recall as a child spending a lot of time with my family. We are very close and has been a big help to me. We always tell each other how much we love each other and that we are praying for one another.

I am so grateful for this because it has allowed me to be able to talk to them and ask them for their forgiveness. I know that I have added extra stress to their lives. I know that I wouldn't have been able to make it through this without their love, support, and most of all their forgiveness. I honestly thank God every day for them and for putting me into a loving and caring family.

Let me tell you a little about myself. I graduated from Valparaiso High school in 2020. This was a big accomplishment for me as I struggle with A.D.D. and would be easily distracted and not be able to focus on my schoolwork.

**EXHIBIT A**

One thing that I am most proud of, is that I have never smoked, consumed alcohol, or taken part in illegal drug use.

When I am asked about my goals, I often think of how I love to cook and would love to be able to host themed dinner parties. Have my friends and family dress up in characters and spend the time playing games, laughing, and enjoying the time we spend together. Another dream that I have is designing and building affordable homes. My sister and I would watch Home design shows and talk about what we would do differently and if we had our own Home design TV show. One day I hope to design and build my own home.

I have strong beliefs and I know that God allows us to be in situations where we have to make choices. We have to learn from our mistakes. I am thankful that I have been able to receive counseling from my therapist. I owe a lot to her for helping me break my addiction. She has helped me and my family. She helped me to communicate better. She has also helped me grow and learn from my mistakes.

I know that I have hurt others. I do not want to hurt anyone else ever again. I know that I am responsible for my actions. I admit that I made bad decisions.

These decisions I that I made are going to affect me for the rest of my life. Not only have affected my life, more importantly I hurt someone and affected their lives. I have been praying for the people that I have affected and their families.

Through the time that I have spent on house arrest, I have had the opportunity to reflect on my family. They have made sacrifices for me. They have been by my side the entire time. I am very grateful for them. When I am struggling with anything they have been there for me. When I need someone to talk to, I know where to go. We have spent countless hours talking, sharing, and at times crying on each others shoulders. I have a great deal of respect for the and pray for them each and everyday.

As I have had time to think about what type of punishment I should face, I am having a hard time putting that Into words. I would often see a story and ask why or how could someone do that? I now look in the mirror and ask myself those same questions. The answer is not easy to come by.

When you ask me about a punishment, I will say that I am at the mercy of the Court. Please allow me to make a difference. I have learned from my mistakes and accept full responsibility for my actions. This experience has pushed me to become a stronger, caring, loving and more compassion ate person

Respectfully,

*Kody Yednak*

Kody Yednak

4-15-22