Dear,

Honerable Philip P. Simon
Judge, United States District Court
5400 Federal Plaza
Hammond IN 46320

My name is Richard Yednak, I am a professional truck driver, I am a devoted husband, and a loving father. I am a hard worker, but in my spare time I enjoy relaxing with my family, and working on cars. I am Kody Yednak's father, I have known him all his life, and being his father has brought not only my life so much joy and happiness but my family's as a whole.

My current relationship with Kody is better and stronger than ever, our family has always been close, but during this season in our lives it has only brought us closer. I have watched Kody all his life, but the growth and development that I have witnessed in the last few months is something I will always admire and respect. Being Kody's father I feel that I know him very well, he is a bright young man, who graduated from Valparaiso High School. He is the second to youngest of my four children. Kody and his younger sister are only eleven months apart, and they have been raised as twins, and consider each others best friend.

**EXHIBIT B**

Kody loves all animals, especially dogs, he also loves cooking, cleaning, dancing, sports, and music.

I consider Kody to be very honest, it is not easy to admit when one is in the wrong but Kody throughout this whole situation has owned up to his actions and was willing to pay his consequences for said actions. Kody has always been a generous person, most times without any hesitation. Kody always gets excited around holidays, because it is an oppertunity to give. Earlier this month Kody gave his oldest brother his video games and controllers that he was no longer needing, and for his other older brothers birthday, he cleaned around the house to make some money, so that he could send his sister to buy him something from him for a birthday gift, its this generousity and thoughtfulness that we know Kody to be, and that we love so much. Kody is constantly checking in on his family, whether it is someones mental health or physical well being, is always encouraging others. Kody has alot of great ideas for what he wants to do with his life, he wants to design and decorate houses, him and my daughter love to draw what they would like their own future homes to look like. He especially loves the idea of building his own home oneday, and having a big garden amongst many of his own pets.

Kody's greatest contributions to his community was helping. Ever since he was just a little kid he has always been 'my little helper.' I saw this love for helping others continue to grow as he got older, he would help older neighbor residents and full time working residents maintain their yards, walk their dogs, and even clean, like dust and mop for them. Kody has a good reputation, never out late, never any problems at his job, he has always been someone that his peers looked up to. Kody is and always has been well liked, whether it be family, friends, peers, at work or even extracurricular things such as basketball teams he played on. Kody is a very hard worker, anything he puts his mind to he gets done, and if he isn't pleased with his work he will do it over till he is proud of it. He has won awards because of this determination and dedication, in such as his academics, his basketball teams, and even at his job, where won employee of the month multiple times. His hard working determination is one of the many amazing qualities about him that those who truly know him admire about him.

THANK YOU FOR TAKING THE TIME, AND LETTING ME SHARE ABOUT MY SON KODY YEDNAK'S LIFE WITH YOU. I HOPE THIS LETTER GIVES YOU INSIGHT ON WHO KODY TRULY IS AS AN INDIVIDUAL, BUT ALSO HELPS YOU FIND THE APPROPRIATE CONSEQUENCE FOR HIM, SO THAT HE MAY BEGIN MOVING FORWARD AND CONTINUING TO GROW IN HIS LIFE.

— RESPECTFULLY, RICHARD YEDNAK

DATE: WEDNESDAY, APRIL 20TH, 2022
NAME: RICHARD YEDNAK
SIGNATURE: *Richard Yednak*

Honorable Philip P. Simon
Judge, United States District Court
5400 Federal Plaza
Hammond, IN. 46320

    My name is Melissa Yednak and I am Kody Yednak's mother. I work as a librarian and enjoy working with people and encouraging literacy.
    I have had the great pleasure of knowing Kody since his birth twenty one years ago. Kody has always had and continues to have a joyful personality. Growing up Kody had fun with his three sibling his two great brothers Kevin who is twenty four, Kaleb twenty two and Mikayla who is twenty years old. Because Kody and Mikayla are a year difference they grew up as twins. All of our children are very close to one another. Our entire family is always been close. All that we are walking threw has drawn us closer to our faith and one anothe more than ever before. Our world was turned upside down. Thankfully we have hope for the future of our family.

I KNOW KODY HAS MADE CHOICES HE SHOULD NOT HAVE. MORE IMPORTANTLY, I KNOW KODY KNOWS AND EXPRESSES HE WAS WRONG. KODY IS VERY REPENTIVE FOR WHAT HE DID. OUR FAMILY ASKS FOR MERCY LIKE ONLY YOU CAN GIVE.

I HAVE SEEN KODY SHARE LOVE AND BE VERY GENEROUS IN MANY DIFFERENT WAYS. KODY'S GRAMMIE (RACHEL GUTIERREZ) WAS DIAGNOSED WITH CANCER KODY CROCHETED PINK & WHITE BRACELETS AND GAVE THEM TO OUR FAMILY MEMBERS TO SUPPORT THE FIGHT AGAINST BREAST CANCER. KODY HAS MADE DINNERS FOR HIS GRANDPARENTS DURING THIS VERY HARD TIME IN LIFE OF TREATMENT. KODY CALLS AND ASK FOR UPDATES ABOUT KODY GRAMMIES & HIS PAPA (RUDY GUTIERREZ) WHO HAS BEEN DIAGNOSED WITH ALZHEIMERS DESEASE. THIS HAS EFFECTED KODY, AND KODY PRAYS FOR THEM ON A DAILY BASIS. KODY HAS ALWAYS ENJOY HELP AROUND THE HOUSE. KODY'S NAME MEANS (HELPER.) HE WOULD CUT THE GRASS ON A WEEKLY BASIS. KODY HELP KEEP OUR HOUSE CLEAN IN MANY DIFFERENT WAYS SUCH AS SWEEPING, MOPPING, WASHING DISHES & CLOTHES.

KODY LOVES TO GET THINGS ORGANIZED, LIKE CLOSETS & CABINETS. HE REALLY ENCOURAGES ME

AND HELPED ME ORGANIZE MY OWN CLOSET. KODY REALLY HAS A GREAT EYE FOR DETAIL AND HAS GREAT DECORATING STYLE. KODY HOPES TO ONE DAY DESIGN & BUILD A TINY HOUSE. KODY WANTS TO ALSO (Live) BE AS GREEN AS POSSIBLE TO HELP SAVE THE EARTH. KODY WANTS TO OWN SOLAR PANELS. USING (GREEN) EARTH FRIENDLY PRODUCTS TO BUILD HIS HOME AND BE SUSTAINABLE. KODY LOVES TO COOK ESPECIALLY FOR OTHERS. KODY LOOKS FORWARD TO HAVING HIS OWN GARDEN. USING FRESH VEGETABLES FOR HIS RECIPES. KODY ATTENDED A CHRISTIAN SCHOOL FROM KINDERGARTEN THREW TENTH GRADE. KODY PLAYED ON SCHOOL BASKETBALL TEAM. KODY WOULD WALK IN THE POPCORN FESTIVAL PARADES. KODY HAS ALWAYS BEEN VERY WELL LIKED BY HIS FRIENDS AND FAMILY HE BRINGS US GREAT JOY TO ALL HE (KODY) IS AROUND. I KNOW THREW THIS KODY HAS GROWN AND CHANGED NOT ONLY HIS LIFE BUT OUR ENTIRE FAMILY FOR THE BETTER. WE APPRECIATE EACH OTHER AND EVERY MOMENT TOGETHER. PLEASE WE ASK FOR YOUR HAND OF MERCY IN CONSIDERATION OF KODY YEDNAK'S FUTURE. THANK YOU SO MUCH FOR LETTING ME SHARE. RESPECTFULLY, MELISSA YEDNAK 4·20·22

Honorable Philip P. Simon

Judge, United States District Court

5400 Federal Plaza

Hammond, IN 46320

Your Honor, my name is Kevin Yednak I work in retail. I am Kody Yednak oldest brother I have known him for twenty-one years. I feel that I have a pretty good relationship with him. I have been struggling to write this if I am being honest. I have a rough idea of what my brother did, and it breaks my heart. I do not in any way stand by what he did.

My brother has always been fighting and working for his place in this world. When he was born, he had his umbilical cord wrapped around his neck he was lucky to be alive our mother had a bad feeling and had a c-section saving his life. When he was younger during his junior year my brother started to have issues with his heart and his lungs his heart rate would drop or accelerate to alarming levels this would affect his breathing to the point of him passing out. During this time, he had to change his way of life no more sports or working out he had to leave his job at a restaurant and had to start doing online classes because he could not go to school with his heart be so erratic. Why I am telling you this is because I love my brother during all those years, I always tried to help him get through his struggles but this time I do not know how I can help besides say that my brother has one of the kindest hearts he has always looked out for his friends and family. He is one of the most caring and giving people I know. He is loved by all of us. I know my brother did something wrong but through all this there has been a change in the way he lives his life he has been going to therapy and been having bible studies everyday with our family. There has been a change and it is beautiful. The way this has made him get closer to God asking Him for forgiveness for his sins. My brother has a lot to atone for. I know that my brother must be punished for what he has done but I am asking you to please be merciful he is a good man who has messed up. I love my brother dearly and his life is in your hands. I don't know if this is how these are supposed to be written but this is what I feel in my heart this is just another fight my brother must go through. Once again, my brother is a good man and needs help. He is a kind soul and a hard worker he is my baby brother I will always love him.

Sincerely,

Kevin Yednak

4/19/22

Honorable
Dear Judge Philip P. Simon
Judge, United States District Court  5400 Federal Plaza Hammond, IN 46320

My name is Kaleb Yednak and I currently work in sales. I have known Kody Yednak my entire life for about 21 years now. I have been fortunate enough to have him as a brother for that long. I feel I have a good relationship with Kody Yednak I feel it could be better but I feel that falls more on me because I am more of a introverted person and talking is not really my strong point but I feel I know him pretty well but maybe not as well as others in my family but maybe not as well as others in my family. I feel Kody Yednak is a honest person because everytime I have asked him something it's been nothing but the truth when it comes to important things. I know Kody Yednak is a generous person because I have seen first hand him go out of his way to help me and others both in and out of work conditions. When it comes to thoughtfulness I'd say he thinks more about others well-being and safety than maybe even himself in a caring way. I'm not sure what he wants to do/be in the future but I know whatever it is he can accomplish his goals. Kody Yednak has always had a good reputation in school and out of school especially in and out of the workplace. My former boss stated many times Kody was a hard worker and a great employee and he was grateful to have him on the team. Kody Yednak has always been well liked by family and friends he was never in any trouble or conflict

always just a good person to me and to others. the quality of his work was always meticulous and done to the best of his ability. I believe and know he is a good person and his actions as of recently do not represent who he is as a person and I will always believe that.

Respectfully,

Kaleb Yednak

April 20, 2022

Dear,

Honorable Philip P. Simon

Judge, United States District Court

5400 Federal Plaza

Hammond, IN 46320

My name is Mikayla Yednak, I am twenty years old, and I am a college student in the progress of getting my communication degree while working in retail. I am Kody Yednak's younger sister, with us only being one year apart in age we have spent nearly all of our lives together. Including our academic careers. From the grade of Kindergarten throughout Sophmore year we attended the same classes, from helping one another with understanding lessons to pushing one another to do our best academically, we were together through it all. Outside of school, Kody has always been there to lend a helping hand, as he enjoys cleaning and organizing household spaces and items. As my older brother, he always has been there to make people laugh and truly is a source of joy. My current relationship with Kody is stronger than ever, throughout his entire house arrest I have been with him every day. Throughout these last few months, we have grown so close together, we play chess, we cook together, we more recently have taken part in helping our parents redecorate and update our current house which has included painting, cleaning, and reorganization. We enjoy listening to vinyls together, dancing, and even sketching what we want our future houses to look like. Not only is Kody Yednak my big brother he is also my best friend and is someone I admire and look up to very much. That being said I feel that I know Kody on a much deeper level than most. I know that Kody is kind, generous, loving,

encouraging, forgiving, and very charismatic. Throughout of all of this, I know that I have seen Kody grow as a man in so many ways.

    I consider Kody Yednak to be a very trustworthy man throughout this situation he has owned up to his actions and knows that he has done wrong. , I consider him very honest with his emotions as well, when I find myself in tough situations, he is the first person I talk to because I know that he will not only give his honest opinion but a loving one with my best interest at heart. Generosity is one of the first few words that come to mind when I think of Kody, an example of his generosity that immediately comes to mind is at the beginning of his house arrest, I lost my AirPods ( headphones) at work when later I told him that I had lost mine, without any hesitation went and found his own pair and gave them to me to keep. This is not the only circumstance of his generosity most recently Kody has begun planning not only Mother's days gifts but Father's day gifts as well for after his court date when he has been taken from us. His generosity is one of the ways he chooses to express his love and care for those around him, a little less than two months back our Grandma was diagnosed with Breast Cancer. As soon as our family was informed Kody asked me to pick up pink and white yarn, he then later that day made Breast Cancer Strong-themed bracelets for not only my Grandma but for our entire family. Kody also chooses to help my mother prepare meals for not only said Grandma but for our Grandpa as well who was diagnosed with Alzheimer's in late 2021. Kody Yednak's love and devotion to his family is not only noticeable but something that he is known for amongst those who truly know him.

    A specific area that I have witnessed Kody grow a lot in during this time is his ambitions in life, we are constantly having conversations about not only what he wants to do when he has

served his time but who he wants to become. Specifically, Kody shows great interest in interior design, landscape, cooking, and even creative activities such as crocheting. He wants to show people that it is possible to change, grow, and make the best out of difficult circumstances in life. Kody has made many contributions to his community, he always has been and is willing to lend a helping hand, from a young age he showed a true love for helping people. Around our neighborhood, he would often help walk neighbors' dogs, help with older residents' lawn care and even help clean their homes as well. Kody Yednak's reputation may have not always been reflected well report card wise but he gave everything that he came in contact with his best, whether it be in school or at home. In our academic careers, Kody was always well liked, people always wanted to be around him and were even drawn to him this wasn't just peers alone his high school basketball coach even selected him out of the whole team to be given an award called the "The Lion award" which was given to those who played the most heart, and not only got along well but for someone who looked out for the team. Kody always puts his full mind and heart into any task that is given to him, whether it be big or small. Not only did he win awards in his basketball career, but he won employee of the month several times at his restaurant job as a dishwasher.

    In conclusion, I write this letter knowing not only who Kody Yednak is as an individual but also knowing of the offense that he has committed, and I can say without a doubt that there isn't a minute that goes by that he doesn't wish that he could change the past and his actions. This being said again I, myself, am more than aware of the wrongs that he has committed, but unlike you, I have known Kody my whole life, and know that the offense that he has committed is not a true representation of his true character and heart.

Date: Wednesday, April 20th, 2022

Name: Mikayla Yednak

Signature: *Mikayla yrk*

Honorable Philip P. Simon

Judge, United States District Court

5400 Federal Plaza

Hammond, IN. 46320

We, Rudolf and Rachel Gutierrez are grandparents to Kody Yednak. We are retirees. Kody is 21 years old and we have lived close to him all his life. We are a close family and have always been around Kody. We have known him by attending his school activities, and been close with him at home. Subsequently we know him to be honest and generous. He was raised in a Christian home and attended a Christian school most of his school life. Kody was always willing to give us a helping hand in whatever we needed. Kody was especially willing to help us clean our home. Kody loves to clean. We loved his joy and how kody's friend loved being around him. Kody loves to share his gifts with all of us his gift of joy, generosity. Kody is willing to help his family no matter what and to the fullest. Even cooking, Kody loves to cook. Kody recently taken up crocheting. Kody crochets gifts for all of us. Even though an offense has occurred in Kodys life he is still if not more a sweeter, loving young man. He cares about us and expresses it. I know Kody truly regrets what has happened and is a better stronger person for it. Kodys faith is stronger and prays for us. Kody has always been a good person, but now is even a stronger better man.

Respectfully,

*[signatures]*

Rudolf and Rachel Gutierrez

April 20, 2022

Honorable Philip P. Simon

Judge, United States District Court

5400 Federal Plaza

Hammond, IN 46320

Your Honor, this letter is for Kody Yednak written by Jim and Melinda Hedge.

My name is Jim Hedge. I work for Cleveland Cliffs as a locomotive engineer/Yard master. My wife is Melinda Hedge and she is a Homemaker. We are Kody's uncle and aunt on his mother's side.

We have had the opportunity to watch Kody grow up and flourish due to the fact that when Kody was young, we did not have children of our own and were able to spend a lot of time together. We would take Kody and other siblings and be able to spend the day together. We remember taking him to Chicago and going to the Winter Wonderland Festival at Navy Pier, going to Lincoln Park Zoo, and having a picnic in the park outside of the zoo. Kody was always the one who wanted to help whether it was cleaning up, putting stuff away, or by telling you that the light was green and you could go! He always had respect for us since we treated him and the rest of his siblings as our own.

As Kody grew up, we were able to watch a little boy grow into a good, honest, hard working, and caring young man. We feel as he is one of our own. When we would get together for a cook out, he was always one of the first to get a basketball game going. He also would be the first to tell us that no one could handle his moves on the court! His sense of humor is awesome. He would get everyone laughing and set the tone for fun.

Kody has the quality of ownership. In August of 2019 we were going fishing and needed to get our license. There was a problem with the printer. When we realized that we had not been charged for Kody's license, he told us that we need to go back and pay for it. I know many people would not have said anything, but that was not the case here. Doing what is right outweighed a simple mistake. Having the integrity to stand up and say, we need to make this right. We are very proud of him for doing what is right and being honest.

While spending the day with him, Kody asked if we were hungry. He went and made us a sandwich. Something so simple yet really touched our heart. Being kind, generous, and caring are some of the best qualities to have, and we believe that we have been able to see all of those things in Kody.

If you ask Kody about his future or his ambitions, he will tell you about his dream of building his very own tiny house and living there. He has made drawings of what he wants it to look like and the style.

As we have gone through this and talked to Kody, our respect for him has grown stronger. We remember sitting with him, and he could not look us in the eye. He knows that he was wrong and has asked us for forgiveness through the tears in his eyes. He never wanted for this to happen, but more importantly is that he did not want to disappoint his family. It takes strength and courage to stand up in front of your loved ones and tell them that you did wrong, that you are sorry, and that you do not want them to think of you differently or to love you any less. That is exactly what Kody has done. We will continue to let our love and respect grow for him. It is often said that you cannot pick your family, however if we had the chance, we would not hesitate to pick Kody.

Kody is very sorry and regrets what he did. If he could go back and change things, he would. He understands that what he did was wrong and knows that there are consequences for his actions. He has never said anything other than he was wrong.

On behalf of Kody, we ask that the court show leniency towards him. He has never been in trouble nor does he have a history of that.

Respectfully,

*Jim Hedge* 4-19-22
*Melinda Hedge* 4-19-22

Jim and Melinda Hedge

Dear,

Honorable Philip P. Simon

Judge, United States District Court

5400 Federal Plaza

Hammond, IN 46320

    I am Brianna Jumche and I am a pharmacy technician at CVS Pharmacy in Valparaiso. I am a college student pursuing a degree in Pharmacy. I have known Kody Yednak for 11 years now. I met Kody and his sister, Mikayla Yednak, in 2011 at Victory Christian Academy when we entered the 4th grade. Mikayla has been my best friend ever since and it has made me a close family friend over the years. My current relationship with Kody is stronger than ever. Kody and I have been classmates, family friends, and now I would consider us to be best friends. Throughout the last few months of his house arrest, we have gotten closer. I have been visiting quite often and we do a lot of activities together and bond. Our activities include scrapbooking, crafts, cooking, and lots of board games. I have known Kody the majority of my life but have gotten so much closer in the last few months and I love the person he is becoming.

    I have high opinions in regards to Kody's character. Kody is one of the most thoughtful individuals I have met. He has been extremely giving and kind over the past few months especially. He has baked for his family and crocheted everyone's bracelets. He has also scrapbooked memories of notable moments throughout our shared lives together with me. Kody has only ever been honest and caring towards me.

Recently he has shown interest in advising me through my personal relationships and hardships. I appreciate his advice and care always and it has proven a lot in his personal growth despite the circumstances. He has been very giving of himself and even of his personal belongings such as, recently he gave me some of his tv series DVD collections. During some of our many conversations, Kody has expressed ambition in lots of different things such as interior design, gardening, and cooking. He has a lot of creativity and I hope that he can accomplish his dreams by using his creative gifts. I see a lot of greatness in his future. Kody has made plenty of contributions in all the time I have known him. He is gifted in helping others whenever I come over he is always helping around the house recently he does a lot of cooking and cleaning but in the past, he would do yard work, even helping the neighbors walk their dogs or even shovel snow during the winter. In school, he would help out after our chapel services or even after lunch and put chairs away and equipment. When Kody and I were in school together there were times when he stood up for classmates against older bullies. He has also helped me with homework at times and I also did the same for him so I know he cared about his future. He was very well-loved by classmates and popular among our class and the student body as a whole. He was fun to be around and we always laughed when he was around.

I know for a fact that Kody has always been good at heart which I know may be hard for others to see that as of recent, but as someone who has known him as long as I have, I can speak the true representation of his character which is much more than just his wrongs. He is also a hard worker which comes from his heart to help others. He worked at a restaurant for a period of time and he was never late and was rarely even late to school either. I have always seen a drive from him to complete tasks efficiently and as well as he can. I also can say he has continued to

be a hard worker throughout the house arrest because when he sets his mind to it he does it. Even when it's just making a bracelet for his grandmother or friends everything he does is with diligence and care. In conclusion, to this day I have nothing but a high opinion of him and I hope that throughout this letter you can see that I am a good voice to who Kody Yednak is and his true character.

Date: Wednesday, April 20th, 2022

Name: Brianna Jumche

Signature: